

FILED
CLERK, U.S. DISTRICT COURT
July 8, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jl___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CITRUS PLUS, INC., a California corporation, | CASE NO. 5:10-cv-01876-JAK-DTB |
|---|---|
| Plaintiff, | **RENEWAL OF JUDGMENT BY CLERK** |
| v. | |
| M A C TRANSPORT, INC., a corporation; MANUEL CRUZ AGUIRRE, an individual; SILVIA A. NUNO, an individual, | |
| Defendants. | |

Having read and considered Plaintiff and Judgment Creditor CITRUS PLUS, INC., California a corporation ("Citrus Plus" or "Judgment Creditor") application for and renewal of judgment, affidavit of Bart M. Botta in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff CITRUS PLUS, INC, and against Defendants M A C TRANSPORT, INC., a corporation; MANUEL CRUZ AGUIRRE, an individual; and SILVIA A. NUNO, jointly and severally, in the following amounts:

| a. Total judgment | | $33,786.01 |
|---|---|---|
| Principal | $26,612.00 | |
| Attorneys Fees | $2,425.90 | |
| Costs | $928.42 | |

| | | |
|---|---|---|
| Pre-Judgment Interest | $3,819.69 | |
| b. Costs after judgment | | -0- |
| c. Interest after judgment at 10% per annum (from 07/27/2011 to 07/02/2021) | | $53,322.37 |
| d. Fee for filing renewal application | | -0- |
| e. TOTAL RENEWED JUDGMENT | | $87,108.38 |

Plaintiff shall continue to recover post-judgment interest pursuant to 28 U.S.C. § 1961 on the unpaid balance until fully paid.

DATED: July 8, 2021

Kiry Gray

CLERK, U.S. DISTRICT COURT

By: /s/ *Jennylam*

Deputy Clerk